IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANTHONY CAMERON, #17876**                                                                  **PLAINTIFF**

**VERSUS**                                                  **CIVIL ACTION NO. 3:07-cv-558-DPJ-JCS**

**MARK SHEPARD, STEVE RUSHING,**
**JANE CAUSEY AND CLAUDIA TILLMAN**                                               **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 24th day of January, 2008.

                                        s/ *Daniel P. Jordan III*
                                        UNITED STATES DISTRICT JUDGE